IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| IMPULSE MONITORING, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| V. | ) | CIVIL ACTION NO: 7:14-cv-00103-FL |
| HUMANA HEALTH PLAN, INC., | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Joint Motion to Stay filed by both parties in this matter. After due consideration, and taking into account the global nature of the contemplated settlement negotiations, the Court finds that the Joint Motion is well-taken, and that it should be granted.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

All deadlines in this matter, including that requiring the Plaintiff or the Defendant to file any responsive pleadings, are stayed while the parties engage in global settlement negotiations of this and approximately sixty-six (66) other similar matters between them. Unless the Court is advised at an earlier date of a related settlement or non-settlement, the parties shall report the status of their negotiations through a joint filing on or before sixty (60) days following the entry of this Order.

Entered this 22nd day of June, 2014.

_____
JUDGE