IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| IMPULSE MONITORING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO: 7:14-cv-00103-FL |
| ) | |
| HUMANA HEALTH PLAN, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of the Motion to Stay filed by Defendant, Humana Health Plan, Inc., it is HEREBY ORDERED that Defendant's Motion to Stay is GRANTED.

It is further ORDERED that this action is stayed pending resolution of Defendant's Motion to Transfer pursuant to 28 U.S.C. § 1407 by the Judicial Panel on Multidistrict Litigation.

This  1st  day of            December          , 2014.


_____
JUDGE